A08A0843. GREENWOOD HOMES, INC. v. LONG.
(690 SE2d 622)

DOYLE, Judge.

In *Greenwood Homes v. Long*,[1] this Court reversed the denial of summary judgment to Greenwood Homes, Inc., against Larue Long in her renewal action against Greenwood Homes following her voluntary dismissal of an appeal to the superior court of a prior adverse decision by the magistrate court.[2] On writ of certiorari, the Supreme Court of Georgia reversed our decision and ruled that the trial court correctly denied summary judgment to Greenwood Homes in the renewal action.[3] In light of the Supreme Court's ruling, we hereby vacate our earlier opinion, adopt the Supreme Court's opinion as our own, and affirm the trial court's judgment.

*Judgment affirmed. Andrews, P. J., and Bernes, J., concur.*

DECIDED JANUARY 13, 2010.

*Adam H. Long, Veronica H. Cope*, for appellant.
*William R. Carlisle*, for appellee.

---

[1] 293 Ga. App. 18 (666 SE2d 450) (2008).

[2] See id. at 20.

[3] See *Long v. Greenwood Homes*, 285 Ga. 560, 562 (679 SE2d 712) (2009).